June 1, 2015

Clerk of the Court
Court of Criminal Appeals of Texas
County of Travis
P.O. Box 12308 Capital Station
Austin TX 78711

82,635-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 08 2015
Abel Acosta, Clerk

Re: Application for Writ of Habeas Corpus 11.07
     No. WR-82 635-01  Cause No 10573 JD-HC-1

Dear Clerk:

At this time I am addressing you to inquire the disposition of my appeal? As per Order of this honorable court "The issue shall be resolved within 90 days of this Order." Order filed February 25, 2015.

Today is June 1 2015 which is beyond 90 days which was Ordered by the Court. There is been NO mention of a extension of time and I am prepairing to file Motions to this honorable Court which I can not do until I've learn the trial courts response.

Thank you for your attention in this matter.

Sincerly,
Christopher E. Batson Applicant
1098 S. HWY 2037
Ft. Stockton TX 79735